# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE R. PETERSON, ) | Civil No.08cv1171 JLS (NLS) |
| ) | |
| Plaintiff, ) | **NOTICE AND ORDER VACATING** |
| v. ) | **EARLY NEUTRAL EVALUATION** |
| ) | **CONFERENCE AND SETTING** |
| LVNV FUNDING, LLC, ) | ***TELEPHONIC* SETTLEMENT** |
| ) | **DISPOSITION CONFERENCE** |
| Defendant. ) | |
| ) | |

The parties informed the Court that they have agreed to settle this case. Therefore, the Court **VACATES** the Early Neutral Evaluation Conference set for September 9, 2008. A ***telephonic*** Settlement Disposition Conference will be held in this matter on ***September 12, 2008, at 9:30 a.m.*** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The telephonic Settlement Disposition Conference will be taken off calendar if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED.**

DATED: August 6, 2008

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge